TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS (STATE BAR NO. 146904)
MOLLIE F. BENEDICT (STATE BAR NO. 187084)
SARAH C. TRANKIEM (STATE BAR NO. 235031)
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
sarah.trankiem@tuckerellis.com

Attorneys for Defendants
DePUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., and JOHNSON &
JOHNSON, incorrectly named and sued as JOHNSON &
JOHNSON, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE KOREY LOWDER and NANNETTE LOWDER, | ) CASE NO.: CV11-1822-EMC ) |
| Plaintiffs, | ) ) **STIPULATION TO EXTEND TIME TO** |
| v. | ) **RESPOND TO INITIAL COMPLAINT** ) **(L.R. 6-1)** ORDER |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, THOMAS P. SCHMALZRIED, VAIL CONSULTING LLC, and THOMAS PARKER VAIL, | ) ) ) Complaint Served: April 29, 2011 ) Current Response Date: May 20, 2011 ) New Response Date: June 6, 2011 ) ) |
| Defendants. | ) ) ) |

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

Pursuant to Local Rule 6-1 of the United States District Court of the Northern District of California, Plaintiffs Dane Korey Lowder and Nannette Lowder and Defendants DePuy Orthopaedics, Inc., Johnson & Johnson Services, Inc., and Johnson & Johnson, incorrectly named and sued as Johnson & Johnson, Inc., hereby stipulate by the undersigned counsel to allow Defendants an extension of time to respond to Plaintiffs' initial Complaint.  Defendants' responsive pleading is now due on June 6, 2011.

DATED:  May 9, 2011                    TUCKER ELLIS & WEST LLP


                                       By: /s/ Mollie F. Benedict
                                           Mollie F. Benedict
                                           Attorneys for Defendants
                                           DePUY ORTHOPAEDICS, INC., JOHNSON
                                           & JOHNSON SERVICES, INC., and
                                           JOHNSON & JOHNSON, incorrectly named
                                           and sued as JOHNSON & JOHNSON, INC.
                                           e-mail: mollie.benedict@tuckerellis.com


DATED:  May 9, 2011                    SEEGER SALVAS LLP


                                       By: /s/ Brian J. Devine
                                           Brian J. Devine
                                           Attorneys for Plaintiffs
                                           DANE KOREY LOWDER and
                                           NANNETTE LOWDER
                                           e-mail: bdevine@seegersalvas.com


IT IS SO ORDERED:


_____
Edward M. Chen
U.S. Magistrate Judge



**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)**

LaImanage/012194/006553/713074

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**CERTIFICATE OF SERVICE**

I, Estella Licon, am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, 42nd Floor, Los Angeles, California 90071-2223. I am over the age of eighteen years, and am not a party to the within action.

On May 9, 2011, I served the following: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)** on the interested parties in this action:

  X      **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District of California ECF website, addressed to all parties appearing on the Court's ECF service list. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

  X      **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on May 9, 2011.

                                    /s/ Estella Licon
                                    Estella Licon

TUCKER ELLIS & WEST LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco